# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: ESTATE OF WENDELL L. LEHMAN

PETITION OF: NICHOLAS L. BOYER, DEANNA M. BOYER, ANNETTE M. BOYER, QUINN T. STARNER AND ROSS E. STARNER

: No. 189 MAL 2022
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of December, 2022, the Petition for Allowance of Appeal is **DENIED**.